# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141483 & (78)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

HOME-OWNER'S INSURANCE COMPANY,
      Plaintiff-Appellee/
      Cross-Appellant,

v

IMAD BEYDOUN, EDDIE TRUCKING, INC.,
UNKNOWN/JOHN DOE TRUCKING
COMPANY, UNKNOWN/JOHN DOE
INSURANCE COMPANY and LEXINGTON
INSURANCE COMPANY,
      Defendants.

and

RESERVE TRANSPORTATION SERVICES,
INC., ROADLINK USA NATIONAL, L.L.C.,
ROADLINK USA MIDWEST, L.L.C., and
ACE AMERICAN INSURANCE COMPANY,
      Defendants-Appellants/
      Cross-Appellees,

and

CLEARWATER INSURANCE COMPANY and
GREAT AMERICAN INSURANCE COMPANY,
      Defendants-Appellees.

SC: 141483
COA: 290227
Wayne CC: 08-110532-NF

_____/

On order of the Court, the application for leave to appeal the June 15, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010

p1018

_____
Clerk